(September 20, 1988)

■ The People of the State of New York, Respondent, v Anthony Pascale, Appellant.—Judgment of resentence, Su-

preme Court, Bronx County (David Stadtmauer, J.), rendered on April 8, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CARRINGTON, Appellant.—Judgment, Supreme Court, New York (Harold Rothwax, J.), rendered on February 18, 1987, unanimously affirmed.